**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Odewunmi,<br><br>Plaintiff(s),<br><br>v.<br><br>Alfonso-Royals et al,<br><br>Defendant(s). | Case No. 25-cv-7831<br>Judge Sara L. Ellis |

## ORDER

The Court grants the parties' motion to remand [10] and remands Plaintiff's naturalization application to the United States Citizenship and Immigration Services ("USCIS") so that USCIS may render a decision on Plaintiff's naturalization application within thirty days. Case terminated.

Date: 9/15/2025 /s/ Sara L. Ellis